<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7945**

———————

TIMOTHY LEE COLES,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; VIRGINIA DEPARTMENT
OF CORRECTIONS; LARRY W. HUFFMAN, Regional
Director; LONNIE M. SAUNDERS, Warden; D.
SWISHER, Ex-Hearings Officer; M. K. BASHAM,
Corrections Officer,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-01-131-3)

———————

Submitted: March 4, 2002          Decided: March 11, 2002

———————

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Timothy Lee Coles, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Timothy Lee Coles, a Virginia inmate, appeals the district court's order denying relief on his amended 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Coles v. Virginia, No. CA-01-131-3 (E.D. Va. Nov. 7, 2001). We also deny Coles' motion for appointment of counsel and his motion for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED